FILED IN CHAMBERS
RICHARD W. STORY
U.S.D.C. Atlanta

MAR 1 4 2006

LUTHER D. THOMAS, Clerk
By:
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HABERSHAM FUNDING, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: |
| v. ) | 1:05-CV-1287-RWS |
| ) | |
| STONE FINANCIAL GROUP LLC; ) | |
| JOEL STONE a/k/a JOSEL STONE; ) | |
| RUSSELL STONE; HOWARD ) | |
| BLOOM; and ASHLEY BLOOM, ) | |
| ) | |
| Defendants. ) | |

## [~~PROPOSED~~]
## ORDER STAY ACTION AND TOLL EXISTING DEADLINES

The Joint Motion to Stay and Toll Existing Deadlines presented by Habersham Funding, LLC, Stone Financial Group LLC, Joel Stone a/k/a Josel Stone, Russell Stone, Howard Bloom, and Ashley Bloom (collectively the "Parties") having been read and considered, and it appearing that granting the Joint Motion will preserve the Court and the Parties time and resources it is hereby:

ORDERED that (i) the Parties' Joint Motion to Stay and Toll Existing Deadlines is granted; (ii) this action shall be stayed and all existing deadline in the case shall be tolled until the Court is notified that the United States District Court for the Western District of Michigan, Southern Division, has entered a final

decision regarding Habersham's claim to the insurance policies of Freda K. Teller and John F. Rotelle (the "Insurance Policies"); (iii) in the event the United States District Court for the Western District of Michigan, Southern Division enters a final decision returning the Insurance Policies to Habersham, Habersham's claims shall be dismissed by the Court; and (iv) in the event the United States District Court for the Western District of Michigan, Southern Division enters a final decision refusing to return the Insurance Policies to Habersham, the Court shall lift the stay and provide the parties with sixty (60) days in which to complete discovery in this action.

SO ORDERED at Atlanta, Georgia, this /4th day of March, 2006.

Honorable Richard W. Story
United States District Court Judge