IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HABERSHAM FUNDING, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: <br> ) 1:05-CV-1287-RWS |
| STONE FINANCIAL GROUP LLC; <br> JOEL STONE a/k/a JOSEL STONE; <br> RUSSELL STONE; HOWARD <br> BLOOM; and ASHLEY BLOOM, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff Habersham Funding, LLC ("Habersham") and counsel for Defendants Stone Financial Group LLC, Joel Stone a/k/a Josel Stone, and Russell Stone, and Counsel for Defendants Howard Bloom and Ashley Bloom (collectively, "Defendants") that Habersham's claims in the above captioned matter against Defendants should be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

FILED IN CHAMBERS
U.S.D.C. Atlanta

JAN 0 5 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

APPROVED this 5th day of _____, 2007

_____
U.S. District Judge
RICHARD W. STORY

LEGAL_US_E # 73830536.1